574

659 A.2d 982

COMMONWEALTH of Pennsylvania, Appellee,

v.

Alexander MONIOZ, Appellant.

Supreme Court of Pennsylvania.

Argued March 8, 1995.

Decided June 19, 1995.

Ira C. Houck, Jr., Public Defender, Shelley Stark, Chief–Appellate Div., Candace Cain, Appellate Counsel, for appellant.

Robert E. Colville, Dist. Atty., Michael W. Streily, Asst. Dist. Atty., for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.